IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVARISTO CAMPO**, <br><br> Plaintiff, <br><br> v. <br><br> **MID-ATLANTIC PACKAGING SPECIALTIES, LLC d/b/a MID-ATLANTIC PACKAGING**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 20-1460-KSM** |

# ORDER

**AND NOW**, this 29th day of September, 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 21), Plaintiff's response (Doc. No. 22), Defendant's reply (Doc. No. 23), Plaintiff's sur-reply (Doc. No. 24), the oral argument on the motion, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Motion (Doc. No. 21) is **GRANTED** as to Plaintiff's wrongful termination and hostile work environment claims and **DENIED** with respect to Plaintiff's failure to accommodate and retaliation claims.

**IT IS FURTHER ORDERED** that counsel shall participate in a settlement conference before Magistrate Judge Marilyn Heffley on **October 8, 2021**. Within three (3) days of the settlement conference, the parties shall provide the Court with a status update, after which the Court will schedule a telephone conference, if appropriate, to discuss scheduling a trial date and other pretrial matters.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.